UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 22-2590-MWF (KESx)**                    Date:  May 03, 2022

Title      **Enzo Escalante v. Alejandro Villanueva et al.**

Present:  The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 26, 2022, Marina Samson and Rickey Ivie, both of Ivie McNeill Wyatt Purcell & Diggs, APLC, appeared as counsel of record for Defendants Kathryn Barger, Janice Hahn, Douglas Johnson, Sheila Kuehl, Robin Limon, Holly Mitchell, Hilda Solis, and Alejandro Villanueva.  (Docket Nos. 15–16).  Both Marina Samson and Rickey Ivie subsequently filed notices of withdrawal as counsel.  (Docket Nos. 19–20).  The Notice of Withdrawals indicate that "at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated."  (*Id.*).

No other attorneys of record from Ivie McNeill Wyatt Purcell & Diggs, APLC, have entered an appearance in this action.  Accordingly, it is not possible for both Marina Samson and Rickey Ivie to withdraw from this action while at least one member of Ivie McNeill Wyatt Purcell & Diggs, APLC, continues to serve as counsel of record for the parties.

On May 2, 2022, Plaintiff Enzo Escalante filed a Notice of Docket Irregularity, pointing out this issue.  (Docket No. 23).  The Court subsequently reviewed Plaintiff's Notice and confirmed that no additional attorney had entered an appearance for Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-2590-MWF (KESx)**                    Date:  May 03, 2022

Title       **Enzo Escalante v. Alejandro Villanueva et al.**

      Accordingly, the Court **ORDERS** Defendants Kathryn Barger, Janice Hahn, Douglas Johnson, Sheila Kuehl, Robin Limon, Holly Mitchell, Hilda Solis, and Alejandro Villanueva to show cause, in writing, on or before **May 20, 2022**, why counsel should be permitted to withdraw without the appearance of additional counsel from Ivie McNeill Wyatt Purcell & Diggs, APLC.  Marina Samson and Rickey Ivie remain counsel of record.

      The Clerk is directed to reinstate Marina Samson as an attorney of record and not terminate Rickey Ivie as an attorney of record, pending further order of the Court. Upon filling of this Order to Show Cause, chambers staff is directed to email the document to both attorneys.

      IT IS SO ORDERED.