UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-02590-MRA-KES | Date | July 9, 2025 |
|---|---|---|---|
| Title | *Enzo Escalante v. County of Los Angeles, et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE [128]**

The parties' joint response [129] to the Court's June 27, 2025, Order to Show Cause ("OSC") [128] is insufficient. The Court ordered the parties to show cause in writing no later than July 3, 2025, why sanctions should not be imposed and the case dismissed for failure to comply with this Court's September 27, 2024, Order [118]. *See* L.R. 83-2.2.4; Fed. R. Civ. P. 41(b). Rather than address why the parties failed to file a status update in November 2024 and why sanctions should not be imposed, the parties simply state that the conditional settlement agreement, which was reached nearly one year ago, has not been reviewed or approved by the Los Angeles County Claims Board and the Board of Supervisors, and therefore they would prefer to file a status report in November 2025—one year after the original Court-imposed deadline.

This case has been pending for several years. The parties have not been diligent in meeting deadlines and following Court orders. Thus, the Court continues the OSC deadline until **July 14, 2025**, for the parties to file an adequate response.

**IT IS SO ORDERED.**

                          - : -

             Initials of Deputy Clerk    mku